40500-233

**DIANE C. WEIL, SBN 102922**
**2029 CENTURY PARK EAST, 21ST FLOOR**
**LOS ANGELES, CALIFORNIA 90067**
**[310] 551-3100:  Telephone**
**[310] 551-0238:  Facsimile**
*weiltrustee@mdfslaw.com*:  **E-mail**

**Chapter 7 Trustee**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re: | Case No.:  1:05-14719-KT |
| LANCE TIMOTHY MORGAN, | [Chapter 7] |
| | DECLARATION OF DIANE C. WEIL, CHAPTER 7 TRUSTEE RE:  RECEIPT OF ADDITIONAL FUNDS AND REPORT OF PROPOSED DISTRIBUTION |
| Debtor. | |
| | [No Hearing Required] |

I, Diane C. Weil, declare as follows:

1.      I am an attorney, duly licensed to practice before all of the Courts of the State of California and before this Court.  I am the duly appointed Chapter 7 Trustee in that certain bankruptcy case entitled *In Re: Lance Timothy Morgan*, presently pending in the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division, as Case No. 1:05-14719-KT.  The matters stated herein are within my personal knowledge or I have gained knowledge of them from the regular business records that I maintain as a Chapter 7 Trustee.  If called as a witness, I could and would testify competently thereto.

2.      On or about February 23, 2007, I submitted my Trustee's Final Report, Application for Trustee Fee and Expenses, Report of Distribution (hereinafter "Final Report") for review by the Office of the United States Trustee (hereinafter "OUST").

75454.1   40500 00233

1       3.      A hearing on the Final Report was scheduled for June 12, 2007 and an order

2   approving the Final Report and distribution to creditors was entered on July 3, 2007.  Shortly

3   thereafter, I made distribution to allowed Chapter 7 administrative and priority claimants

4   accordingly.

5       4.      As described in detail in the Final Report, two priority claims, one of the Franchise

6   Tax Board (the "FTB") in the amount of $294.90 and the other of the Internal Revenue Service (the

7   "IRS") in the amount of $1,240.71 were to receive distribution in full from the estate.  On or about

8   July 5, 2007, distribution was mailed to the FTB and IRS.

9       5.      On or about July 18, 2007, I was telephonically advised by the IRS that its claim was

10  satisfied and that its dividend would be refunded.  Thereafter, I continued to follow up with the IRS

11  regarding the status of the refund.  On or about December 31, 2007, the IRS sent a confirming letter

12  that the refund would be remitted to the estate.

13      6.      On March 26, 2008, the IRS remitted its refund of the dividend payment in the

14  amount of $1,240.71 to the estate:

15          ➢  Attached hereto as **Exhibit "A"** is a true and correct copy of the refund check.

16          ➢  Attached hereto as **Exhibit "B"** is a true and correct copy of the estate's Form 2 –

17              Cash Receipts and Disbursement Ledger, which indicates the current balance on

18              hand.

19      7.      Chapter 7 administrative claims and priority claims have been paid in full.  Therefore,

20  the balance on hand of $1,240.71 should be distributed to allowed general unsecured claimants.

21  Once the check has cleared, I will distribute funds on hand to general unsecured creditors, which will

22  receive a seven percent (7.04472%) dividend.

23          ➢  Attached hereto as **Exhibit "C"** is a true and correct copy of the proposed

24              distribution, which delineates payment of the balance on hand to allowed claimants.

25  ///

26  ///

27  ///

28  ///

754541   40500.99233

1        8.    I will prepare and file a Trustee's Final Account, Certification That the Estate Has

2    Been Fully Administered and Has a Zero Balance, Distribution For Closed Asset Case – Form 4, and

3    Application For Discharge, once all subsequent checks have cleared.

4        I declare under penalty of perjury that the foregoing is true and correct.

5        Given at Los Angeles, California on the 27th day of March, 2008

6

7                        DIANE C. WEIL, Chapter 7 Trustee

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

754541  40500 00233

EXHIBIT "A"

**United States Treasury** $\frac{15-51}{000}$    A 516,183,495

Check No.



03 24 08   42    AUSTIN, TEXAS          2221 33291494
2221 33291494 20092900 M1   IRS OSC    008081291M

Pay to
the order of   **DIANE C WEIL**
               **2029 CENTURY PARK E STE 2100**
               **LOS ANGELES CA  90067**                    $***1240*71

REGIONAL DISBURSING OFFICER        **VOID AFTER ONE YEAR**
                                        001

4625 ACCT
CASE #05-14719@CAC



⑈2221⑈⑉  ⑈000000518⑈  332914945⑈  010308

EXHIBIT "B"

LF08K24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:            05-14719 -KT
Case Name:       MORGAN, LANCE TIMOTHY
Taxpayer ID No:   *******6003
For Period Ending:   03/27/08

Trustee Name:   DIANE C. WEIL
Bank Name:   BANK OF AMERICA, N.A.
Account Number / CD #:   *******0338  BofA - Checking Account

Blanket Bond (per case limit):   $   5,000,000.00
Separate Bond (if applicable):

Page:   1

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/26/06 | 5 | WELLS FARGO INVESTMENTS 625 Marquette Avenue 13th Floor, MAC N9311-130 Minneapolis, MN 55402 | Turnover of non-exempt portion of IRA, pursuant to order entered on 06/29/06 | 1129-000 | 10,000.00 | | 10,000.00 |
| 07/27/06 | | Transfer to Acct #*******0341 | Bank Funds Transfer | 9999-000 | | 9,900.00 | 100.00 |
| 08/14/06 | | Transfer from Acct #*******0341 | Bank Funds Transfer | 9999-000 | 5.43 | | 105.43 |
| 08/14/06 | 003001 | INTERNATIONAL SURETIES, LTD. 203 CARONDELET STREET, SUITE 500 NEW ORLEANES, LA 70130 | BLANKET BOND PREMIUM (2006) BOND #016310867 PER GENERAL ORDER 00-01 | 2300-000 | | 5.43 | 100.00 |
| 12/06/06 | | Transfer from Acct #*******0341 | Bank Funds Transfer | 9999-000 | 750.00 | | 850.00 |
| 12/06/06 | | Transfer from Acct #*******0341 | Bank Funds Transfer | 9999-000 | 1,290.00 | | 2,140.00 |
| 12/06/06 | 003002 | HAHN FIFE & COMPANY c/o Donald T. Fife, CPA 100 E. Corson Street, Suite 200 Pasadena, CA 91103-3841 | Tax Preparer Fees pursuant to order authorizing employment/payment entered on 10/31/06 | 3410-000 | | 750.00 | 1,390.00 |
| 12/06/06 | 003003 | UNITED STATES TREASURY Internal Revenue Service | Federal Taxes Form 1041 - FYE: 09/30/06 EIN: 75-6796003 pursuant to order authorizing CDM#1 entered o 11/30/06 | 2810-000 | | 1,000.00 | 390.00 |
| 12/06/06 | 003004 | FRANCHISE TAX BOARD | State Taxes Form 541 - FYE: 09/30/06 | 2820-000 | | 290.00 | 100.00 |
| | | | Page Subtotals | | 12,045.43 | 11,945.43 | |

Ver. 12.62a

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Case No.: 05-14719 -KT
Case Name: MORGAN, LANCE TIMOTHY
Taxpayer ID No: *******6003
For Period Ending: 03/27/08

Trustee: DIANE C. WEIL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0338 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 01/22/07 | | Transfer from Acct #*******0341 | Bank Funds Transfer<br>EIN: 75-6796003<br>pursuant to order authorizing CDM#1 entered on 11/30/06 | 9999-000 | | | 109.47 |
| 01/22/07 | 003005 | INTERNATIONAL SURETIES, LTD.<br>203 CARONDELET STREET, SUITE 500<br>NEW ORLEANS, LA 70130 | BLANKET BOND PREMIUM (2007)<br>BOND #016030867<br>PER GENERAL ORDER 00-01 | 2300-000 | 9.47 | 9.47 | 100.00 |
| 06/15/07 | | Transfer from Acct #*******0341 | Transfer In From MMA Account | 9999-000 | 7,921.23 | | 8,021.23 |
| 07/05/07 | 003006 | DIANE C. WEIL, CHAPTER 7 TRUSTEE<br>2029 CENTURY PARK EAST, 21ST FLOOR<br>LOS ANGELES, CA 90067 | Chapter 7 Compensation/Fees | 2100-000 | | 1,693.85 | 6,327.38 |
| 07/05/07 | 003007 | DIANE C. WEIL, CHAPTER 7 TRUSTEE<br>2029 CENTURY PARK EAST, 21ST FLOOR<br>LOS ANGELES, CA 90067 | Chapter 7 Expenses | 2200-000 | | 52.76 | 6,274.62 |
| 07/05/07 | 003008 | MOLDO DAVIDSON FRAIOLI<br>SEROR & SESTANOVICH, LLP<br>2029 CENTURY PARK EAST, 21ST FLOOR<br>LOS ANGELES, CA 90067 | Claim ADMIN, Payment 100.000000%,<br>pursuant to order entered on<br>07/03/07 | 3110-000 | | 3,637.00 | 2,637.62 |
| 07/05/07 | 003009 | MOLDO DAVIDSON FRAIOLI<br>SEROR & SESTANOVICH, LLP<br>2029 CENTURY PARK EAST, 21ST FLOOR<br>LOS ANGELES, CA 90067 | Claim ADMIN, Payment 100.000000%,<br>pursuant to order entered on<br>07/03/07 | 3120-000 | | 1,102.01 | 1,535.61 |
| | | | Page Subtotals | | 7,930.70 | 6,495.09 | |

Ver: 12.62a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 05-14719 -KT | | Trustee Name: | DIANE C. WEIL |
| Case Name: | MORGAN, LANCE TIMOTHY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0338 BofA - Checking Account |
| Taxpayer ID No: | *******6003 | | | |
| For Period Ending: | 03/27/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/05/07 | 003010 | FRANCHISE TAX BOARD ATTN: BANKRUPTCY P. O. BOX 2952 SACRAMENTO, CA 95812-2952 | Claim 00000002, Payment 100.000000%, pursuant to order entered on 07/03/07 | 5800-000 | | 294.90 | 1,240.71 |
| 07/05/07 | 003011 | INTERNAL REVENUE SERVICE P.O. BOX 21126 STOP N781 PHILADELPHIA, PA 19114 | Claim 00000005, Payment 100.000000%, pursuant to order entered on 07/03/07 | 5800-000 | | 1,240.71 | 0.00 |
| 03/26/08 | | UNITED STATES TREASURY | Refund of distribution TRANSACTION REVERSED Memo Amount: 1,240.71 | 1180-003 | | -1,240.71 | 1,240.71 |
| 03/26/08 | | UNITED STATES TREASURY | Refund of distribution Reversal of Deposit #2 Memo Amount: ( 1,240.71) | 5800-003 | | 1,240.71 | 0.00 |
| 03/26/08 | * | UNITED STATES TREASURY | Refund of dividend payment TRANSACTION REVERSED | 5800-003 | | 1,240.71 | -1,240.71 |
| 03/26/08 | * | UNITED STATES TREASURY | Refund of dividend payment Reversal of Deposit #3 | 5800-003 | | -1,240.71 | 0.00 |
| 03/26/08 | * | UNITED STATES TREASURY | Refund of dividend payment Claim #5 of the Internal Revenue Service (see Check No. 3011 in the amount of $1,240.71, dated 07/05/07) | 5800-000 | | -1,240.71 | 1,240.71 |

Page Subtotals        0.00        294.90

LFORM24

Ver: 12.62a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No: | 05-14719 -KT | Trustee Name: | DIANE C. WEIL |
| Case Name: | MORGAN, LANCE TIMOTHY | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0338  BofA - Checking Account |
| Taxpayer ID No: | *******6003 | | |
| For Period Ending: | 03/27/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 19,976.13 | 18,735.42 | 1,240.71 |
| | | | Less: Bank Transfers/CD's | | 9,976.13 | 9,900.00 | |
| | | | Subtotal | | 10,000.00 | 8,835.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 10,000.00 | 8,835.42 | |
| | | | Memo Allocation Receipts: | 0.00 | | | |
| | | | Memo Allocation Disbursements: | 0.00 | | | |
| | | | Memo Allocation Net: | 0.00 | | | |

Page Subtotals                    0.00                    0.00

LFORM24

Ver: 12.62a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| Case No: | 05-14719 -KT | Trustee Name: | DIANE C. WEIL |
| Case Name: | MORGAN, LANCE TIMOTHY | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0341 BofA - Money Market Account |
| Taxpayer ID No: | *******6003 | | |
| For Period Ending: | 03/27/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/ CD Balance ($) |
| 07/27/06 | | Transfer from Acct #*******0338 | Bank Funds Transfer | 9999-000 | 9,900.00 | | 9,900.00 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 0.27 | | 9,900.27 |
| 08/14/06 | | Transfer to Acct #*******0338 | Bank Funds Transfer | 9999-000 | | 5.43 | 9,894.84 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.41 | | 9,903.25 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.14 | | 9,911.39 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.42 | | 9,919.81 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 8.15 | | 9,927.96 |
| 12/06/06 | | Transfer to Acct #*******0338 | Bank Funds Transfer | 9999-000 | | 750.00 | 9,177.96 |
| 12/06/06 | | Transfer to Acct #*******0338 | Bank Funds Transfer | 9999-000 | | 1,290.00 | 7,887.96 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.03 | | 7,894.99 |
| 01/22/07 | | Transfer to Acct #*******0338 | Bank Funds Transfer | 9999-000 | | 9.47 | 7,885.52 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.70 | | 7,892.22 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.05 | | 7,898.27 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.70 | | 7,904.97 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.50 | | 7,911.47 |
| | | | Page Subtotals | | 9,966.37 | 2,054.90 | |

LFORM24

Ver: 12.62a

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:

Case No:                05-14719 -KT
Case Name:              MORGAN, LANCE TIMOTHY

Taxpayer ID No:         *******6003
For Period Ending:      03/27/08

Trustee Name:           DIANE C. WEIL
Bank Name:              BANK OF AMERICA, N.A.
Account Number / CD #:  *******0341 BofA - Money Market Account

Blanket Bond (per case limit):
Separate Bond (if applicable):    $  5,000,000.00

Page:    6

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/ CD Balance ($) |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.72 | | 7,918.19 |
| 06/15/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.04 | | 7,921.23 |
| 06/15/07 | | Transfer to Acct #*******0338 | Final Posting Transfer | 9999-000 | | 7,921.23 | 0.00 |

|  | Memo Allocation Receipts: | 0.00 |
|  | Memo Allocation Disbursements: | 0.00 |
|  | Memo Allocation Net: | 0.00 |

|  | Total Allocation Receipts: | 0.00 |
|  | Total Allocation Disbursements: | 0.00 |
|  | Total Memo Allocation Net: | 0.00 |

|  |  | COLUMN TOTALS | 9,976.13 | 9,976.13 | 0.00 |
|  |  | Less: Bank Transfers/CD's | 9,900.00 | 9,976.13 |
|  |  | Subtotal | 76.13 | 0.00 |
|  |  | Less: Payments to Debtors | | 0.00 |
|  |  | Net | 76.13 | 0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE | Total Funds On Hand |
|---|---|---|---|---|
| BofA - Checking Account - *******0338 | 10,000.00 | 8,835.42 | 1,240.71 | |
| BofA - Money Market Account - *******0341 | 76.13 | 0.00 | 0.00 | |
|  | 10,076.13 | 8,835.42 | 1,240.71 | |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | | |

Page Subtotals          9.76          7,921.23

Ver: 12.62a

EXHIBIT "C"

Case Number: 05-14719    KT                              Page  1                        Date: March 27, 2008
Debtor Name: MORGAN, LANCE TIMOTHY

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | $1,240.71 |
| **Claim Type  - Other** | | | | | | | | |
| | DIANE C. WEIL COMPENSATION | Admin | | $1,693.85 | $1,693.85 | $0.00 | $0.00 | $1,240.71 |
| | DIANE C. WEIL EXPENSES | Admin | | $52.76 | $52.76 | $0.00 | $0.00 | $1,240.71 |
| | **Subtotal For Claim Type** | | | $1,746.61 | $1,746.61 | $0.00 | $0.00 | |
| **Claim Type 3110-00 - Attorney for Trustee Fees** | | | | | | | | |
| ADMIN | MOLDO DAVIDSON FRAIOLI | Admin | 001 | $3,637.00 | $3,637.00 | $0.00 | $0.00 | $1,240.71 |
| | **Subtotal For Claim Type 3110-00** | | | $3,637.00 | $3,637.00 | $0.00 | $0.00 | |
| **Claim Type 3120-00 - Attorney for Trustee Expenses** | | | | | | | | |
| ADMIN | MOLDO DAVIDSON FRAIOLI | Admin | 001 | $1,102.01 | $1,102.01 | $0.00 | $0.00 | $1,240.71 |
| | **Subtotal For Claim Type 3120-00** | | | $1,102.01 | $1,102.01 | $0.00 | $0.00 | |
| Subtotals For Class Administrative  100.00000 % | | | | $6,485.62 | $6,485.62 | $0.00 | $0.00 | |
| **Claim Type 5800-00 - Claims of Governmental Units -** | | | | | | | | |
| 00000002 | FRANCHISE TAX BOARD | Priority | 040 | $294.90 | $294.90 | $0.00 | $0.00 | $1,240.71 |
| | **Subtotal For Claim Type 5800-00** | | | $294.90 | $294.90 | $0.00 | $0.00 | |
| Subtotals For Class Priority  100.00000 % | | | | $294.90 | $294.90 | $0.00 | $0.00 | |
| **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | | |
| 00000001 | CREDIGY | Unsec | 070 | $6,954.10 | $0.00 | $6,954.10 | $489.90 | $750.81 |
| 00000003 | FIRST AMERICAN INVESTMENT CO., LLC | Unsec | 070 | $5,012.61 | $0.00 | $5,012.61 | $353.12 | $397.69 |
| 00000004 | RESURGENT CAPITAL SERVICES | Unsec | 070 | $5,645.20 | $0.00 | $5,645.20 | $397.69 | $0.00 |
| | **Subtotal For Claim Type 7100-00** | | | $17,611.91 | $0.00 | $17,611.91 | $1,240.71 | |
| Subtotals For Class Unsecured  7.04472 % | | | | $17,611.91 | $0.00 | $17,611.91 | $1,240.71 | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $24,392.43 | $6,780.52 | $17,611.91 | $1,240.71 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

1

## PROOF OF SERVICE

2

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3
      I am employed in the County of Los Angeles, State of California; I am over the age of 18
years and am not a party to the within action. I am employed by the law firm of Moldo Davidson

4
Fraioli Seror & Sestanovich LLP, located at 2029 Century Park East, 21st Floor, Los Angeles,
California 90067, Telephone: (310) 551-3100, Facsimile: (310) 551-0238.

5
On March _27_, 2008, I served the document(s) described as DECLARATION OF DIANE C.

6
WEIL, CHAPTER 7 TRUSTEE RE:  RECEIPT OF ADDITIONAL FUNDS AND REPORT OF
PROPOSED DISTRIBUTION on the interested parties in said action by enclosing the document(s)

7
in a sealed envelope addressed as follows:

8
      Office of the United States Trustee
      21041 Warner Center Lane, Suite 115

9
      Woodland Hills, CA  91367

10
☒    **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the
    United States mail.

11

12
    I am "readily familiar" with the firm's practice of collection and processing correspondence
    for mailing.  Under that practice it would be deposited with U.S. postal service on that same

13
    day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of
    business.

14
☐    **BY FEDERAL EXPRESS/EXPRESS MAIL:** I caused said document(s) to be sent via
    Federal Express / Express Mail for next business day delivery.

15
☐    **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

16

17
☐    **BY PERSONAL SERVICE:** I caused said document(s) to be delivered to the addressees
    listed on the attached Service List.

18
☐    **[State]**     I declare under penalty of perjury under the laws of the State of California that
    the above is true and correct.

19

20
☒    **[Federal]**     I declare that I am employed in the offices of a member of the State Bar of this
    Court at whose direction the service was made.  I declare under penalty of perjury under the
    laws of the United States of America that the above is true and correct.

21

22
      Executed on March _27_, 2008, at Los Angeles, California.

23

24
                         Randall K. Suzuki

25

26

27

28

75454.1   40500.90233