**ORIGINAL**

1 | 40500-233

DIANE C. WEIL, SBN 102922
2029 CENTURY PARK EAST, 21ST FLOOR
LOS ANGELES, CALIFORNIA 90067
[310] 551-3100: Telephone
[310] 551-0238: Facsimile
*weiltrustee@mdfslaw.com*: E-mail



**Chapter 7 Trustee**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re:<br><br>LANCE TIMOTHY MORGAN,<br><br>Debtor. | CASE NO.: 1:05-14719-KT<br><br>[CHAPTER 7]<br><br>TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND HAS A ZERO BALANCE, DISTRIBUTION REPORT FOR CLOSED ASSET CASE – FORM 4, AND APPLICATION FOR DISCHARGE<br><br>[No Hearing Required] |

**TO JON D. CERETTO, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

The undersigned Trustee does hereby make and file this Final Account and states as follows:

1. This Estate has been fully administered.

2. All funds have been disbursed consistent with the proposed distribution submitted with the Trustee's Final Report (as summarized in Form 4, the Distribution Report for Closed Asset Cases, attached as Exhibit "A").

3. All checks have been negotiated, any unclaimed funds and dividends under $5.00 have been paid into the registry of the Court, and no funds or assets of the Estate remain.

4. Attached, as Exhibit "B" is Form 2, Cash Receipts and Disbursements Record, which reflects all transactions from the date of the Trustee's Final Report, and shows a zero balance.

- 1 -

5.  Attached as Exhibit "C" is the bank statement maintained for the bankruptcy Estate reflecting a zero ending balance.

WHEREFORE, pursuant to 11 U.S.C. § 350 and FRBP 5009, the Trustee requests that this Final Account be accepted, and that the Court order the case closed and discharge the Trustee from any further duties. I, the Trustee in Bankruptcy of the above named Debtor(s), declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: September 10, 2008

DIANE C. WEIL, Chapter 7 Trustee

- 2 -

EXHIBIT "A"

PART A  **FORM 4**  09/08/08

## Distribution Report for Closed Asset Cases

| | | |
|---|---|---|
| Case No. **05-14719** | Trustee Name: **DIANE C. WEIL** | |
| Case Name: **MORGAN, LANCE TIMOTHY** | Date: **09/08/08** | |
| | Date Filed / Converted to Ch. 7: **07/11/05 (f)** | |

| | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---|---|
| GROSS RECEIPTS | $10,076.13 | 100.00% |
| Less: | | |
| Funds Paid to Debtor: | | |
|   Exemptions | $0.00 | 0.00% |
|   Excess Funds | $0.00 | 0.00% |
|   Funds Paid to 3rd Parties | $0.00 | 0.00% |
| **NET RECEIPTS** | $10,076.13 | 100.00% |

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| SECURED CLAIMS | | | |
|   Real Estate | $0.00 | $0.00 | 0.00% |
|   Personal Property & Intangibles | $0.00 | $0.00 | 0.00% |
|   Internal Revenue Service Tax Liens | $0.00 | $0.00 | 0.00% |
|   Other Governmental Tax Liens | $0.00 | $0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $0.00 | $0.00 | 0.00% |
| PRIORITY CLAIMS: | | | |
| CHAPTER 7 ADMINISTRATIVE FEES § 507(a)(1) and CHARGES | | | |
| under Title 28, Chapter 123: | | | |
|   Trustee Fees | $1,693.85 | $1,693.85 | 16.81% |
|   Trustee Expenses | $52.76 | $52.76 | 0.52% |
|   Legal Fees & Expenses: | | | |
|     Trustee's Firm Legal Fees | $3,637.00 | $3,637.00 | 36.10% |
|     Trustee's Firm Legal Expenses | $1,102.01 | $1,102.01 | 10.94% |
|     Other Firm's Legal Fees | $0.00 | $0.00 | 0.00% |
|     Other Firm's Legal Expenses | $0.00 | $0.00 | 0.00% |
|   Accounting Fees & Expenses: | | | |
|     Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
|     Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
|     Other Firm's Accounting Fees | $750.00 | $750.00 | 7.44% |
|     Other Firm's Accounting Expenses | $0.00 | $0.00 | 0.00% |
|   Real Estate Commissions | $0.00 | $0.00 | 0.00% |
|   Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
|   Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
|   Other Professional Fees/Expenses | $0.00 | $0.00 | 0.00% |
|   Expenses of Operating Business in Chapter 7 | $0.00 | $0.00 | 0.00% |
|   Other Expenses | $14.90 | $14.90 | 0.15% |
|   Income Taxes - Internal Revenue Service | $1,000.00 | $1,000.00 | 9.92% |
|   Other State or Local Taxes | $290.00 | $290.00 | 2.88% |
|   U.S. Trustee Fees | $0.00 | $0.00 | 0.00% |
|   Court Costs | $0.00 | $0.00 | 0.00% |
| TOTAL CHAPTER 7 ADMINISTRATIVE FEES & EXPENSES | $8,540.52 | $8,540.52 | 84.76% |
| TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES § 507(a)(1) | | | |
|   (From attached Part B) | $0.00 | $0.00 | 0.00% |
| WAGES § 507(a)(3) | $0.00 | $0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS § 507(a)(4) | $0.00 | $0.00 | 0.00% |
| ALIMONY & CHILD SUPPORT § 507(a)(7) | $0.00 | $0.00 | 0.00% |
| CLAIMS OF GOVERNMENTAL UNITS § 507(a)(8) | $294.90 | $294.90 | 2.93% |
| OTHER § 507(a)(2), (5), (6), & (9) | $0.00 | $0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS § 507(a)(3) to § 507 (a)(9)** | $294.90 | $294.90 | 2.93% |
| **GENERAL UNSECURED CLAIMS** | $12,952.42 | $1,240.71 | 12.31% |
| **TOTAL DISBURSEMENTS** | $21,787.84 | $10,076.13 | 100.00% |

F4RECAP

PART B  
FORM 4  
09/08/08

**Distribution Report for Closed Asset Cases**

Case No.     **05-14719**  
Case Name:   **MORGAN, LANCE TIMOTHY**

Trustee Name:   **DIANE C. WEIL**  
Date:           **09/08/08**  
Date Filed / Converted to Ch. 7:   **07/11/05 (f)**

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| PRIOR CHAPTER ADMINISTRATIVE FEES § 507(a)(1): | | | |
| Trustee Fees | $0.00 | $0.00 | 0.00% |
| Trustee Expenses | $0.00 | $0.00 | 0.00% |
| Legal Fees & Expenses | | | |
|    Trustee's Firm Legal Fees | $0.00 | $0.00 | 0.00% |
|    Trustee's Firm Legal Expenses | $0.00 | $0.00 | 0.00% |
|    Other Firm's Legal Fees | $0.00 | $0.00 | 0.00% |
|    Other Firm's Legal Expenses | $0.00 | $0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
|    Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
|    Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
|    Other Firm's Accounting Fees | $0.00 | $0.00 | 0.00% |
|    Other Firm's Accounting Expenses | $0.00 | $0.00 | 0.00% |
| Real Estate Commissions | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
| Other Professional Fees/Expenses | $0.00 | $0.00 | 0.00% |
| Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
| Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
| Operating Expenses | $0.00 | $0.00 | 0.00% |
| Other Expenses | $0.00 | $0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | **$0.00** | **$0.00** | **0.00%** |

F4RECAP

EXHIBIT "B"

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-14719 -KT | | | | | |
|---|---|---|---|---|---|---|
| Case Name: | MORGAN, LANCE TIMOTHY | | Trustee Name: | DIANE C. WEIL | | |
| Taxpayer ID No: | *******6003 | | Bank Name: | BANK OF AMERICA, N.A. | | |
| For Period Ending: | 09/08/08 | | Account Number / CD #: | *******0338 BofA - Checking Account | | |
| | | | Blanket Bond (per case limit): $ 5,000,000.00 | | | |
| | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/15/07 | | Transfer from Acct #******0341 | BALANCE FORWARD<br>Transfer In From MMA Account | 9999-000 | 7,921.23 | | 100.00<br>8,021.23 |
| 07/05/07 | 003006 | DIANE C. WEIL, CHAPTER 7 TRUSTEE<br>2029 CENTURY PARK EAST, 21ST FLOOR<br>LOS ANGELES, CA 90067 | Chapter 7 Compensation/Fees | 2100-000 | | 1,693.85 | 6,327.38 |
| 07/05/07 | 003007 | DIANE C. WEIL, CHAPTER 7 TRUSTEE<br>2029 CENTURY PARK EAST, 21ST FLOOR<br>LOS ANGELES, CA 90067 | Chapter 7 Expenses | 2200-000 | | 52.76 | 6,274.62 |
| 07/05/07 | 003008 | MOLDO DAVIDSON FRAIOLI<br>SEROR & SESTANOVICH, LLP<br>2029 CENTURY PARK EAST, 21ST FLOOR<br>LOS ANGELES, CA 90067 | Claim ADMIN, Payment 100.000000%,<br>pursuant to order entered on<br>07/03/07 | 3110-000 | | 3,637.00 | 2,637.62 |
| 07/05/07 | 003009 | MOLDO DAVIDSON FRAIOLI<br>SEROR & SESTANOVICH, LLP<br>2029 CENTURY PARK EAST, 21ST FLOOR<br>LOS ANGELES, CA 90067 | Claim ADMIN, Payment 100.000000%,<br>pursuant to order entered on<br>07/03/07 | 3120-000 | | 1,102.01 | 1,535.61 |
| 07/05/07 | 003010 | FRANCHISE TAX BOARD<br>ATTN: BANKRUPTCY<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim 00000002, Payment 100.000000%,<br>pursuant to order entered on<br>07/03/07 | 5800-000 | | 294.90 | 1,240.71 |
| 07/05/07 | 003011 | INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>STOP N781 | Claim 00000005, Payment 100.000000%,<br>pursuant to order entered on<br>07/03/07 | 5800-000 | | 1,240.71 | 0.00 |
| | | | | Page Subtotals | 7,921.23 | 8,021.23 | |

LFORM24                                                                                                                              Ver: 14.03a

Page: 2

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-14719 -KT
Case Name: MORGAN, LANCE TIMOTHY
Taxpayer ID No: *********6003
For Period Ending: 09/08/08

Trustee Name: DIANE C. WEIL
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *********0338  BofA - Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 03/26/08 | | UNITED STATES TREASURY PHILADELPHIA, PA 19114 | Refund of distribution TRANSACTION REVERSED Memo Amount: 1,240.71 | 1180-003 | | -1,240.71 | 1,240.71 |
| 03/26/08 | | UNITED STATES TREASURY | Refund of distribution Reversal of Deposit #2 Memo Amount: ( 1,240.71 ) | 5800-003 | | 1,240.71 | 0.00 |
| 03/26/08 | | UNITED STATES TREASURY | Refund of dividend payment TRANSACTION REVERSED | 5800-003 | | 1,240.71 | -1,240.71 |
| 03/26/08 | | UNITED STATES TREASURY | Refund of dividend payment Reversal of Deposit #3 | 5800-003 | | -1,240.71 | 0.00 |
| 03/26/08 | | UNITED STATES TREASURY | Refund of dividend payment Claim #5 of the Internal Revenue Service (see Check No. 3011 in the amount of $1,240.71, dated 07/05/07) | 5800-000 | | -1,240.71 | 1,240.71 |
| 04/01/08 | 003012 | CREDIGY P.O. BOX 2689 SUWANEE, GA 30024 | Claim 00000001, Payment 7.04476%, pursuant to order entered on 07/03/07 | 7100-000 | | 489.90 | 750.81 |
| * 04/01/08 | 003013 | FIRST AMERICAN INVESTMENT CO., LLC 2805 WEHRLE DRIVE, SUITE 11 WILLIAMSVILLE, NEW YORK 14221 | Claim 00000003, Payment 7.04463%, pursuant to order entered on 07/03/07 | 7100-004 | | 353.12 | 397.69 |
| 04/01/08 | 003014 | RESURGENT CAPITAL SERVICES P.O. BOX 10587 | Claim 00000004, Payment 7.04475%, pursuant to order entered on | 7100-000 | | 397.69 | 0.00 |

Page Subtotals    0.00    0.00

LFORM24    Ver: 14.03a

Page: 3

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-14719 -KT  
Case Name: MORGAN, LANCE TIMOTHY  
Taxpayer ID No: *******6003  
For Period Ending: 09/08/08

Trustee Name: DIANE C. WEIL  
Bank Name: BANK OF AMERICA, N.A.  
Account Number / CD #: ******0338 BofA - Checking Account  
Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/17/08 * | 003013 | FIRST AMERICAN INVESTMENT CO., LLC 2805 WEHRLE DRIVE, SUITE 11 WILLIAMSVILLE, NEW YORK 14221 GREENVILLE, SC 29603-0587 | 07/03/07 Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -353.12 | 353.12 |
| 07/21/08 | 003015 | UNITED STATES BANKRUPTCY COURT 21041 BURBANK BLVD. WOODLAND HILLS, CA 91367 | Turnover of unclaimed dividends pursuant to Rule 3011 Claim #00003 - First American Investment Co., LLC | 7100-000 | | 353.12 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | COLUMN TOTALS | 7,921.23 | 8,021.23 |
| | Less: Bank Transfers/CD's | 7,921.23 | 0.00 |
| | Subtotal | 0.00 | 8,021.23 |
| | Less: Payments to Debtors | | 0.00 |
| | Net | 0.00 | 8,021.23 |

Memo Allocation Receipts: 0.00  
Memo Allocation Disbursements: 0.00  
Memo Allocation Net: 0.00

Page: 4

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-14719 -KT | Trustee Name: | DIANE C. WEIL |
| --- | --- | --- | --- |
| Case Name: | MORGAN, LANCE TIMOTHY | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******6003 | Account Number / CD #: | *******0341 BofA - Money Market Account |
| For Period Ending: | 09/08/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Date | Ref | Paid To/Received From | Description | Code | Deposits | Disbursements | Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | BALANCE FORWARD | | | | 7,892.22 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.05 | | 7,898.27 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.70 | | 7,904.97 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.50 | | 7,911.47 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.72 | | 7,918.19 |
| 06/15/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 3.04 | | 7,921.23 |
| 06/15/07 | | Transfer to Acct #*******0338 | Final Posting Transfer | 9999-000 | | 7,921.23 | 0.00 |

|  |  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- |
| COLUMN TOTALS | | 29.01 | 7,921.23 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 7,921.23 | |
| Subtotal | | 29.01 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| Net | | 29.01 | 0.00 | |

| | Memo Allocation Receipts: | 0.00 | |
| --- | --- | --- | --- |
| | Memo Allocation Disbursements: | 0.00 | |
| | Memo Allocation Net: | 0.00 | |

| | | TOTAL - ALL ACCOUNTS | NET DEPOSITS | (Excludes Account Transfers) | NET DISBURSEMENTS (Excludes Payments To Debtors) | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| | | BofA - Checking Account - *******0338 | 29.01 | | 8,021.23 | 0.00 |
| | | BofA - Money Market Account - *******0341 | 0.00 | | 0.00 | 0.00 |
| Total Allocation Receipts: | 0.00 | | | | | |
| Total Allocation Disbursements: | 0.00 | | | | | |
| Total Memo Allocation Net: | 0.00 | | | | Total Funds On Hand | 0.00 |

Page Subtotals   29.01   7,921.23

Page: 5

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-14719 -KT |
|---|---|
| Case Name: | MORGAN, LANCE TIMOTHY |
| Taxpayer ID No: | ********6003 |
| For Period Ending: | 09/08/08 |

| Trustee Name: | DIANE C. WEIL |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0341 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

BofA - Checking Account - ********0338
BofA - Money Market Account - ********0341

Page Subtotals        0.00        0.00

LFORM24                                                                Ver: 14.03a

# EXHIBIT "C"

**Bank of America**

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS   75283-2406

Account Number         3758610338
01 01 148 06 M0000 E#         1
Last Statement:        06/30/2008
This Statement:        07/31/2008

Customer Service
1-800-342-7722

ESTATE OF
MORGAN, LANCE TIMOTHY, DEBTOR
DIANE WEIL - TRUSTEE
05-14719
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Page        1 of    2

Bankruptcy Case Number:0514719

Change to Business Schedule of Fees: In September 2008, the check-cashing fee will increase to $6 in most states. This fee applies only to payees who cash checks drawn on a Bank of America business account in our banking centers and do NOT have a relationship with Bank of America. This fee may vary depending on the state in which the check is cashed and may be a new fee in some states. Bank of America offers a number of alternatives to avoid check-cashing fees including an exclusive package of banking benefits for your employees, direct deposit of paychecks and more. Please call the number on this statement to learn more about the alternatives. We value your business and our associates are ready to assist you.

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 07/01/2008 - 07/31/2008 | Statement Beginning Balance | 353.12 |
| Number of Deposits/Credits          0 | Amount of Deposits/Credits | .00 |
| Number of Checks                    1 | Amount of Checks | 353.12 |
| Number of Other Debits              0 | Amount of Other Debits | .00 |
| | Statement Ending Balance | .00 |
| Number of Enclosures                1 | Service Charge | .00 |

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 3015 | 353.12 | 07/31 | 4292464240 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 06/30 | 353.12 | 353.12 | 07/31 | .00 | .00 |

# DECLARATION OF SANDRA A. CRUZ

I, Sandra A. Cruz, hereby declare as follows:

I am employed as a Paralegal Specialist in the Office of the United States Trustee for the Central District of California with the responsibility of reviewing and monitoring the administration of Chapter 7 cases. I am the paralegal assigned to review the closing process in the following case: **LANCE TIMOTHY MORGAN SV05-14719KT** I am knowledgeable of the facts contained herein and competent to testify thereto in a Court of Law.

The Office of the United States Trustee has reviewed the Trustee's Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

**I DECLARE UNDER PENALTY OF PERJURY** that the foregoing is true and correct. Executed at Woodland Hills, California on September 22, 2008

OFFICE OF THE UNITED STATES TRUSTEE

By: _____
Sandra A. Cruz
Paralegal Specialist

**Case Name: LANCE TIMOTHY MORGAN**
**Case Number: SV05-14719KT**
**Title of document reviewed:**

   **Trustee's Final Account, Certification that the Estate has been Fully Administered and Has A Zero Balance, Distribution Report For Closed Asset Case-Form 4, And Application for Discharge**